**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HENGGAO CAI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., and APOLLO MANAGEMENT HOLDINGS, L.P.,<br><br>Defendants. | **Case No.: 1:26-cv-07223-AKH** |
| DONNA PARIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., and APOLLO MANAGEMENT HOLDINGS, L.P.,<br><br>Defendants. | **Case No.: 1:26-cv-07238** |
| TIFFANY FARRUGIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., and APOLLO MANAGEMENT HOLDINGS, L.P.,<br><br>Defendants. | **Case No.: 1:26-cv-07268** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND TO APPOINT INTERIM CLASS COUNSEL**

THIS MATTER, comes before the Court by the Plaintiffs in the above-captioned cases by their Motion, seeking to (1) consolidate the above-captioned Related Actions pursuant to FED. R. CIV. P. 42(a) under the first filed *Cai* action under new case style: "*In re Apollo Global Management, Inc. and Apollo Management Holdings, L.P. Data Breach Litigation*" and (2) appoint Leanna A. Loginov of Shamis & Gentile, P.A. ("Shamis & Gentile") and Courtney Maccarone of Kopelowitz Ostrow, P.A. ("KO") as Interim Co-Lead Class Counsel, pursuant to FED. R. CIV. P. 23(g)(3). Accordingly, the Court, having read the papers and for good cause shown, exercises its discretion pursuant to Federal Rule of Civil Procedure 42(a)(2) to consolidate these actions. **IT IS ORDERED** that the Motion is **GRANTED** as set forth below:

1. The following cases are hereby consolidated:

   A. *Cai v. Apollo Global Management, Inc. and Apollo Management Holdings, L.P.*, 1:26-cv-07223-AKH;

   B. *Paris v. Apollo Global Management, Inc. and Apollo Management Holdings, L.P.*, 1:26-cv-07238; and

   C. *Farrugia v. Apollo Global Management, Inc. and Apollo Management Holdings, L.P.*, 1:26-cv-07268.

2. The Clerk of Court is DIRECTED to administratively close the *Paris* and *Farrugia* actions. The Clerk of Court is FURTHER DIRECTED to transfer all documents already docketed in the Related Actions into the Consolidated Action.

3. All papers filed in the Consolidated Action shall be filed under the lead case number 1:26-cv-07223-AKH, the number assigned to the first-filed case, *Cai*, and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re Apollo Global Management, Inc. and Apollo Management Holdings, L.P. Data Breach Litigation* | Master File No. 1:26-cv-07223-AKH |

4. The case file for the Consolidated Action will be maintained under Master File No. 1:26-cv-07223-AKH.

5. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

6. Pursuant to Fed. R. Civ. P. 23(g), the Court hereby appoints Leanna A. Loginov of Shamis & Gentile and Courtney Maccarone of KO as Interim Co-Lead Class Counsel to act on behalf of the Plaintiffs and the class members in the Consolidated Action, with the responsibilities set forth below:

- Establish and maintain a depository for orders, pleadings, hearing transcripts, and all documents served upon plaintiffs' counsel, and make such papers available to plaintiffs' counsel upon reasonable request;
- Coordinate the initiation and conduct of discovery on behalf of all plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure relating to discovery or any other subsequent order of this Court;
- Designate counsel to schedule depositions, set agendas and otherwise interact with defense counsel, various plaintiffs' counsel, and the settlement master (if one is appointed);
- Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the plaintiffs on all matters arising during pretrial proceedings;
- Conduct settlement negotiations on behalf of plaintiffs, but not enter binding agreements except to the extent expressly authorized;
- Delegate specific tasks to other counsel in a matter to ensure that pretrial preparation for the plaintiffs is conducted effectively, efficiently, and economically;

- Enter into stipulations, with opposing counsel, necessary for the conduct of the litigation;
- Prepare and distribute periodic status reports to the parties;
- Maintain adequate time and disbursement records covering service of designated counsel and enforce guidelines approved by the Court as to the keeping of time records and expenses;
- Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;
- Perform such other duties as may be incidental to proper coordination of the plaintiffs' pretrial activities or authorized by further order of the Court; and
- Submit, if appropriate, suggestions for establishing additional committees and counsel for designation by the Court.
- Extend best efforts to achieve efficiency and economy AK.H.

7. Any additional plaintiffs' counsel will do all work in this litigation only at the direction of Interim Co-Lead Class Counsel. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff except through Interim Co-Lead Class Counsel and no other plaintiffs' counsel or firm shall be authorized to perform any work in the case without the express authorization of Interim Co-Lead Class Counsel.

8. Interim Co-Lead Class Counsel shall have sole authority to communicate with Defendants' counsel and the Court on behalf of any plaintiff unless that authority is expressly delegated to other counsel. Defendants' counsel may rely on all agreements made with Interim Co-Lead Class Counsel, and such agreements shall be binding on all other plaintiffs' counsel.

9. Interim Co-Lead Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for plaintiffs in any related action to the extent that Interim Co-Lead Class Counsel are aware of any such action(s) and on all attorneys for plaintiffs whose cases may subsequently be consolidated with the above actions but who have not yet registered for ECF.

10. Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint within thirty (30) days of this Order.

11. This Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case.

~~The parties will extend best efforts~~ to

**IT IS SO ORDERED.**

Dated: 9-17, 2026

HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE